IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEKOU AYODELE MAPP,<br><br>   *Plaintiff,*<br><br>v.<br><br>MEDICI ROAD, INC., *et al.*,<br><br>   *Defendant.* | Civil Case No.: 22-cv-01992-CKK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, jointly stipulate that this matter be dismissed with prejudice.

Respectfully submitted,

Dated:  February 9, 2023

/s/Andrew Balashov
Andrew Balashov, Esq. #1630738
MELEHY & ASSOCIATES, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD  20910
Telephone:  (301) 587-6364
 Facsimile:    (301) 587-6308
abalashov@melehylaw.com

*Attorney for Plaintiff*


 /s/Jason C. Crump (with authority)
Jason C. Crump, Esq., # 465205
JAY CRUMP, P.A.
4200 Parliament Place, # 220
Lanham, MD 20706
Telephone: (301) 925-2001
Facsimile: (301) 925-2540
jcc@aycrumpesq.com

*Attorney for Defendants*